**Helen Olukemi Foresythe AJAYI, Petitioner—Appellant,**

v.

**Charles DEMORE, District Director, United States Immigration and Naturalization Service, Respondent—Appellee.**

No. 00–17295.

D.C. No. CV–00–03665–VRW.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002 *.

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Helen Olukemi Foresythe Ajayi appeals the district court's judgment denying her petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. We have jurisdiction pursuant to 28 U.S.C. §§ 1291, 2253(a). *INS v. St. Cyr,* 533 U.S. 289, 314, 121 S.Ct. 2271, 150 L.Ed.2d 347 (2001). We review de novo, *Zitto v. Crabtree,* 185 F.3d 930, 931 (9th Cir.1999) (per curiam), and we affirm.

Ajayi concedes that her claims regarding the stop-time rule have been foreclosed

by *Ram v. INS,* 243 F.3d 510 (9th Cir. 2001). Because Ajayi is not currently eligible for derivative asylum status, her due process claims are not ripe for review. *See Barapind v. Reno,* 225 F.3d 1100, 1114 (9th Cir.2000).

We decline to address Ajayi's remaining contentions, brought for the first time on appeal. *See Int'l Union of Bricklayers & Allied Craftsman Local Union No. 20 v. Martin Jaska, Inc.,* 752 F.2d 1401, 1404 (9th Cir.1985) (requiring appellant to show exceptional circumstances why contentions were not raised below).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

